UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

**FILED**

JAN 28 2013

Phil Lombardi, Clerk
U.S. DISTRICT COURT

(1) WILLIE WALTON, )
 )
 Plaintiff, )
 )
vs. ) Case No.
 ) 13 CV 56 CVE-TLW
(1) LIBERTY MUTUAL INSURANCE )
 COMPANY, )
 )
 )
 Defendant. )

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant Liberty Mutual Insurance Company ("Liberty") hereby removes the above-captioned action from the District Court of Tulsa County, State of Oklahoma, to the United States District Court for the Northern District of Oklahoma. In support of this removal, Liberty states as follows:

1. On or about December 20, 2012, Plaintiff commenced an action in the District Court of Tulsa County, State of Oklahoma, entitled *Willie Walton v. Liberty Mutual Insurance Company*, as Case No. CJ-2012-06545 (the "State Court Action"). A true copy of all process, pleadings, and orders in the State Court Action are attached hereto as Exhibit 1.

2. Liberty was first served with the summons and a copy of the Petition in the State Court Action on or about January 7, 2013. A copy of the summons is included in Exhibit 1, attached hereto. This Notice of Removal is timely filed under the provisions of section 1446.

3. The Northern District of Oklahoma includes the state judicial district in which Plaintiff filed his Petition.

4. This is a civil action over which this Court has original jurisdiction based on diversity of citizenship and amount in controversy pursuant to 28 U.S.C § 1332, and which may be removed to this Court pursuant to 28 U.S.C. § 1441. At the time of filing this action and at the present time, Plaintiff was and is a resident and citizen of the State of Oklahoma. Liberty is a Massachusetts company with its principal place of business in Boston, Massachusetts, and is, therefore, a citizen of the State of Massachusetts under 28 U.S.C. §1332(c)(1). Liberty is not a citizen of Oklahoma.

5. The Petition asserts a cause of action for breach of an insurance contract and breach of good faith and fair dealing in handling a claim on an insurance policy. (*See* Petition, at ¶ 3, and Prayer for Relief). The amount in controversy exceeds $75,000, exclusive of interest and costs. (*See* Petition, ¶ 3, and Prayer for Relief).

6. Contemporaneous with Liberty's filing of this Notice, Liberty will serve written notice to Plaintiff's counsel of the filing, as required by 28 U.S.C. §1446(d).

7. Liberty shall likewise file a true and correct copy of its Notice of Removal

with the Clerk of the District Court in and for Tulsa County, State of Oklahoma, as required by 28 U.S.C. §1446(d).

## CONCLUSION

Defendant Liberty Mutual Insurance Company respectfully requests that the State Court Action be removed from the District Court for Tulsa County, Oklahoma, to the United States District Court for the Northern District of Oklahoma, and proceed as an action properly removed thereto.

Respectfully submitted,

**William W. O'Connor**, OBA No. 13200
**Jerrick L. Irby**, OBA No. 30876
**Lindy H. Collins**, OBA No. 30579
NEWTON, O'CONNOR, TURNER & KETCHUM, PC
2700 Bank of America Center
15 West Sixth Street
Tulsa, Oklahoma 74119-5423
(918) 587-0101
(918) 587-0102 (facsimile)
boconnor@newtonoconnor.com
jirby@newtonoconnor.com
lcollins@newtonoconnor.com

**ATTORNEYS FOR DEFENDANT,
LIBERTY MUTUAL INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Notice of Removal* was sent via United States Mail this __26__ day of January, 2013 to the following:

Jessika M. Tate
510 N. Sheridan Rd., Ste. A
Tulsa, OK 74115

*/s/ William W. O'Connor*
William W. O'Connor

# OSCN — THE OKLAHOMA STATE COURTS NETWORK

www.oscn.net

| Home | Courts | Court Dockets | Legal Research | Calendar | Help |

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR TULSA COUNTY, OKLAHOMA

| | |
|---|---|
| WILLIE WALTON,<br>    Plaintiff,<br>v.<br>LIBERTY MUTUAL INSURANCE COMPANY,<br>    Defendant. | No. CJ-2012-6545<br>(Civil relief more than $10,000:<br>BAD FAITH INSURER LIABILITY)<br><br>Filed: 12/20/2012<br><br>Judge: Sellers, Jefferson D. |

## Parties

LIBERTY MUTUAL INSURANCE COMPANY , Defendant
WALTON, WILLIE , Plaintiff

## Attorneys

| Attorney | Represented Parties |
|---|---|
| Tate, Jessika Michelle(Bar # 22013)<br>TATE LAW OFFICE<br>510 N SHERIDAN RD., STE A<br>TULSA, OK 74115 | WALTON, WILLIE |

## Events

| Event | Party | Docket | Reporter |
|---|---|---|---|

## Issues

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**

Issue: BAD FAITH INSURER LIABILITY (INSURE)
Filed by: WALTON, WILLIE
Filed Date: 12/20/2012

**Party Name:**  **Disposition Information:**

**Defendant:** LIBERTY MUTUAL INSURANCE COMPANY

Pending.

**EXHIBIT 1**

## Docket

| Date | Code | Count | Party | Serial # | Entry Date | | |
|---|---|---|---|---|---|---|---|
| 12-20-2012 | TEXT | 1 | | 83950419 | Dec 20 2012 9:59:16:800AM | - | $ 0.00 |
| | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | | | | | | |
| 12-20-2012 | INSURE | | - | 83950421 | Dec 20 2012 9:59:16:870AM | Realized | $ 0.00 |
| | BAD FAITH INSURER LIABILITY | | | | | | |
| 12-20-2012 | DMFE | | - | 83950422 | Dec 20 2012 9:59:16:890AM | Realized | $ 2.00 |
| | DISPUTE MEDIATION FEE($ 2.00) | | | | | | |
| 12-20-2012 | PFE1 | | - | 83950423 | Dec 20 2012 10:05:19:470AM | Realized | $ 163.00 |
| | PETITION($ 163.00) | | | | | | |

📄 *Document Available (#1020363799)*

| Date | Code | | Ref # | Timestamp | Status | Amount |
|---|---|---|---|---|---|---|
| 12-20-2012 | PFE7 | - | 83950424 | Dec 20 2012 9:59:16:890AM | Realized | $ 6.00 |
| | LAW LIBRARY FEE($ 6.00) | | | | | |
| 12-20-2012 | OCISR | - | 83950425 | Dec 20 2012 9:59:16:890AM | Realized | $ 25.00 |
| | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND($ 25.00) | | | | | |
| 12-20-2012 | CCADMIN02 | - | 83950426 | Dec 20 2012 9:59:16:890AM | Realized | $ 0.20 |
| | COURT CLERK ADMINISTRATIVE FEE ON $2 COLLECTIONS($ 0.20) | | | | | |
| 12-20-2012 | OCJC | - | 83950427 | Dec 20 2012 9:59:16:890AM | Realized | $ 2.00 |
| | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND($ 2.00) | | | | | |
| 12-20-2012 | OCASA | - | 83950428 | Dec 20 2012 9:59:16:890AM | Realized | $ 5.00 |
| | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES($ 5.00) | | | | | |
| 12-20-2012 | CCADMIN04 | - | 83950429 | Dec 20 2012 9:59:16:890AM | Realized | $ 0.50 |
| | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS($ 0.50) | | | | | |
| 12-20-2012 | LTF | - | 83950430 | Dec 20 2012 9:59:17:000AM | Realized | $ 10.00 |
| | LENGTHY TRIAL FUND($ 10.00) | | | | | |
| 12-20-2012 | SMF | - | 83950431 | Dec 20 2012 9:59:17:050AM | Realized | $ 5.00 |
| | SUMMONS FEE (CLERKS FEE)($ 5.00) | | | | | |
| 12-20-2012 | SMIMA | - | 83950432 | Dec 20 2012 9:59:17:110AM | Realized | $ 0.00 |
| | SUMMONS ISSUED - MAILED BY ATTORNEY | | | | | |
| 12-20-2012 | TEXT | - | 83950420 | Dec 20 2012 9:59:16:830AM | - | $ 0.00 |
| | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE SELLERS, JEFFERSON D. TO THIS CASE. | | | | | |
| 12-20-2012 | ACCOUNT | - | 83950446 | Dec 20 2012 9:59:55:410AM | - | $ 0.00 |

RECEIPT # 2012-2500413 ON 12/20/2012.
PAYOR:LAW OFFICES OF JESSIKA M TATE PLLC TOTAL AMOUNT PAID: $218.70.
LINE ITEMS:
CJ-2012-6545: $168.00 ON AC01 CLERK FEES.
CJ-2012-6545: $6.00 ON AC23 LAW LIBRARY FEE.
CJ-2012-6545: $0.70 ON AC31 COURT CLERK REVOLVING FUND.
CJ-2012-6545: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.
CJ-2012-6545: $2.00 ON AC59 OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.
CJ-2012-6545: $2.00 ON AC64 DISPUTE MEDIATION FEES.
CJ-2012-6545: $25.00 ON AC79 OCIS REVOLVING FUND.
CJ-2012-6545: $10.00 ON AC81 LENGTHY TRIAL FUND.

Report Generated by The Oklahoma Court Information System at January 28, 2013 14:15 PM

End of Transmission.

IN THE DISTRICT COURT OF TULSA COUNTY
STATE OF OKLAHOMA

DISTRICT COURT
**FILED**

DEC 2 0 2012

SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

WILLIE WALTON,

    Plaintiff,

vs.

LIBERTY MUTUAL INSURANCE COMPANY,

    Defendant.

CJ-2012-06545

Attorneys Lien Claimed

JEFFERSON D. SELLERS

## PETITION

Plaintiff, for cause of action against Defendant, states:

(1) While Defendant, Liberty Mutual Insurance Company had in force its policy insuring Plaintiff for Uninsured/Underinsured Motorist Coverage, Plaintiff suffered serious injuries from a car accident on July 24, 2012.

(2) The tort-feasor at fault in causing this wreck had inadequate liability insurance limits to pay the damages incurred as a result of the injuries Plaintiff suffered.

(3) Liberty Mutual Insurance Company has in bad faith refused to pay its policy limit.

**Wherefore**, Plaintiff prays judgment against Defendant in the amount of $25,000.00 on the contract claim, an amount in excess of the amount required for diversity jurisdiction pursuant to Section 1332 of Title 28 of the United States Code on the tort claim, costs, and all other relief deemed appropriate by the court.

_____
Jessika M. Tate, OBA# 22013
510 N. Sheridan Rd., Ste. A
Tulsa, OK 74115
918-805-3955
918-430-3516 Fax
Attorney for Plaintiff

# SUMMONS
## IN THE DISTRICT COURT OF TULSA COUNTY
### STATE OF OKLAHOMA, 500 SOUTH DENVER, TULSA, OKLAHOMA 74103

**CS-2012-06545**

Willie Walton

_____ Plaintiff(s)

vs.

Liberty Mutual Insurance

_____ Defendant(s)

Case No. _____

Attorney(s) for Plaintiff(s)
Name: Jessika Tate
Address: 510 N. Sheridan Rd. Suite A
Tulsa, OK 74115

Telephone: (918) 508-8226

Appointed to serve. PSL # _____

To the above-named Defendant(s)

Authorized by _____

You have been sued by the above named plaintiff(s), and you are directed to file a written answer to the attached petition and order in the court at the above address within twenty (20) days after service of this summons upon you exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the plaintiff. Unless you answer the petition within the time stated judgment will be rendered against you with costs of the action.

Issued this 20 day of 12, 20 12.

Sally Howe Smith, Court Clerk

By _____, Deputy Court Clerk

(Seal)

This summons and order was served on _____ (date of service)

Via Certified Mail

_____ (Signature of person serving summons)

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THIS SUMMONS.

**Return ORIGINAL for filing.**

Form 2290 (Rev. 11-00) Page 2 of 5 CFB