## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WILLIE WALTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 13-cv-56-CVE-TLW |
| ) | |
| LIBERTY MUTUAL INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| ) | |
| Defendant. ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiff, Willie Walton, by and through his counsel of record, Jessika M. Tate, and Defendant, Liberty Mutual Insurance Company, by and through its counsel of record, William W. O'Connor of Newton, O'Connor, Turner & Ketchum, P.C., hereby stipulate to a dismissal with prejudice of all of Plaintiff's claims and causes of action in the above-styled and numbered case, each party to bear their own attorneys' fees and costs.

Dated this 16th day of October, 2013.

Respectfully submitted,

s/Jessika M. Tate*  ____
Jessika M. Tate, Esq.
510 N. Sheridan Rd., Ste. A
Tulsa, OK 74115
jtate07@yahoo.com

**ATTORNEYS FOR PLAINTIFF**

-and-

s/William W. O'Connor
**William W. O'Connor**, OBA No. 13200
**Lindy H. Collins**, OBA No. 30579
NEWTON, O'CONNOR, TURNER & KETCHUM, PC
15 West Sixth Street, Suite 2700
Tulsa, Oklahoma   74119-5423
(918) 587-0101
(918) 587-0102 (facsimile)
boconnor@newtonoconnor.com
lcollins@newtonoconnor.com

**ATTORNEYS FOR DEFENDANT LIBERTY MUTUAL INSURANCE COMPANY**

* *Signed by filing attorney, with permission of Plaintiff's attorney.*